UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL ANTONIO MILLER,

Defendant.

25 CR 157 JRT/ECW

**INDICTMENT**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 851
21 U.S.C. § 853

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
**(Possession with Intent to Distribute a Controlled Substance)**

On or about February 27, 2025, in the State and District of Minnesota, the defendant,

**MICHAEL ANTONIO MILLER**,

did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance—namely, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## NOTICE OF PRIOR CONVICTION

Before committing the offense charged in Count 1 of this Indictment, the defendant,

**MICHAEL ANTONIO MILLER,**

SCANNED

APR 0 9 2025

U.S. DISTRICT COURT MPLS

United States v. Michael Antonio Miller

was convicted of the following offenses, each of which is a serious violent felony that had become final, and for which he served more than 12 months of imprisonment:

| Crime | Jurisdiction | Date of Judgment (on or about) |
|---|---|---|
| First Degree Assault | Ramsey County, MN (Case No. 62-K2-00-1571) | August 4, 2000 |
| Simple Robbery | Hennepin County, MN (Case No. 27-CR-08-39226) | November 12, 2008 |

As a result of each of those convictions, defendant **MICHAEL ANTONIO MILLER** is subject to increased punishment under Title 21, United States Code, Section 851.

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense.

If any of the above-described forfeitable property is unavailable for

2

<u>United States v. Michael Antonio Miller</u>

forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).


A TRUE BILL


_____          _____
ACTING UNITED STATES ATTORNEY          FOREPERSON