UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-cr-137 (JRT/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **MOTION TO CONTINUE** |
| | ) | **MOTIONS HEARING** |
| v. | ) | |
| | ) | |
| MICHAEL ANTONIO MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and though its undersigned attorneys, respectfully requests that the Court continue the December 12 motions hearing, due to witness unavailability, and reschedule it for the morning of December 19.

Defendant Michael Miller (who is proceeding pro se, with the assistance of standby counsel) has filed a motion to suppress evidence derived from a traffic stop conducted by a trooper with the Minnesota State Patrol. (ECF No. 27-28). The motions hearing is currently scheduled for December 12, 2025 at 2pm. The Government has recently learned that the primary trooper involved in the stop (whose observations were the primary basis for the detention and dog sniff that Miller challenges) will be travelling outside the country from December 5-15. Based on email correspondence with chambers, the Government understands that the Court has the morning of December 19,

2025 available for this hearing, and the Government has confirmed that date/time works for the witness and for standby counsel.

Accordingly, the Government respectfully requests that the Court reschedule this motions hearing for the morning of December 19, 2025 so that the most knowledgeable law enforcement witness can be present.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Ruth Shnider*
BY:   RUTH SHNIDER
Assistant U.S. Attorney