UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-cr-137 (JRT/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **GOVERNMENT'S MOTION TO CONTINUE DEADLINE TO RESPOND TO DEFENDANT'S OBJECTIONS TO THE REPORT AND RECOMMENDATION** |
| Plaintiff, | |
| v. | |
| MICHAEL ANTONIO MILLER, | |
| Defendant. | |

The United States of America, by and though its undersigned attorneys, respectfully requests that the Court continue the 14-day deadline for the United States to respond to Defendant's objections to the Report and Recommendation, and re-set the deadline for August 12, 2026.

Defendant Michael Miller (who is proceeding pro se, with the assistance of standby counsel) has filed objections to the Magistrate Judge's Report and Recommendation.  (DCD 62).  The Court previously ordered the United States to respond in 14 days from the date that Mr. Miller filed his objections. Mr. Miller has indicated through standby counsel that he intends to file further objections on some date on or before the August 3, 2026, deadline.  However, the undersigned will be out of the office for nearly all of the next two weeks, and thus, is unable to prepare a response during that time.  Thus, the United States is seeking a date certain to file its response, of August 17, 2026.

Finally, in light of the facts described above, the United States believes that it is in the interest of justice to exclude the time between the filing of this motion and

1

the new motion hearing date from the speedy trial calculations.

Thus, the United States respectfully requests that the Court grant this motion, including the exclusion of time between the filing of this motion and the new motion hearing date, and continue deadline to respond to August 17, 2026.

Dated: July 15, 2026                    Respectfully Submitted,

                                        DANIEL N. ROSEN
                                        United States Attorney

                                        */s/ LeeAnn Bell*

                                        LEEANN K. BELL
                                        Assistant U.S. Attorney
                                        600 U.S. Courthouse
                                        300 S. 4th Street
                                        Minneapolis, MN 55415
                                        Attorney reg: 318334
                                        leeann.bell@usdoj.gov
                                        612-664-5600

2